UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14024-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LESLIE LEE GROSS,**

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 30]. On January 26, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 26] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 24, 25]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count in the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 30]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 30] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Leslie Lee Gross as to the sole count of the Indictment is **ACCEPTED**.

CASE NO. 21-14024-CR-CANNON

3. Defendant Leslie Lee Gross is adjudicated guilty of the sole count of the Indictment, which charges him with knowingly possessing a firearm knowing that he was previously convicted of a felony, in violation of 18 U.S.C. § 922(g)(1).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 22nd day of February 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record